**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

 VS                   CASE NO.  3:96cr78-01/RV

MICHAEL E. DICKEY

### REFERRAL AND ORDER

Referred to Judge Roger Vinson on  May 26, 2005
Motion/Pleadings: MOTION to compel the government to provide specific performance of his plea agreement
Filed by  Defendant    on 3/8/05    Doc.#   169
RESPONSES:
Government    on    6/6/2005    Doc.#    170
             on    Doc.#

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

             WILLIAM M. McCOOL, CLERK OF COURT

               s/Jerry Marbut
LC (1 OR 2)        Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  7th  day of  June , 2005, that:*
*(a) The relief requested is DENIED.*
*(b) See doc. 170.*

             /s/ *Roger Vinson*
             **ROGER VINSON**
             *Senior United States District Judge*